**E-FILED**
Thursday, 11 January, 2007  03:18:52 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

SIMON LUNDY,                           )
                                       )
            Plaintiff,                 )
                                       )
      v.                               )            Case No. 07-1008
                                       )
USA,                                   )
                                       )
            Defendant.                 )

## <u>O R D E R</u>

I hereby recuse myself from further proceedings in this case pursuant to §

455(a) of Title 28, United States Code.

This case is reassigned to Judge Joe B. McDade pursuant to standing Order.

Entered this 11th day of January, 2007.


                              <u>s/ Michael M. Mihm</u>
                              MICHAEL M. MIHM
                              U.S. DISTRICT JUDGE