**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

SIMON A. LUNDY,            )
                           )
    Petitioner,            )
                           )    No. 07-1008
v.                         )
                           )
United States of America   )
                           )
    Defendant.             )

**O R D E R**

Before the Court Simon Lundy's Petition for a Writ of Mandamus. (Doc. 1) The Court notes that this Petition does not challenge Lundy's conviction and thus does not fall under 28 U.S.C. § 2255. Accordingly, this Petition requires the usual $350 filing fee necessary for a claim brought in this Court. Petitioner has 30 days to pay the requisite filing fee or the Court will dismiss his claim for want of prosecution.

ENTERED this  31st  day of January, 2007.

                                    s/Joe Billy McDade
                                    Joe Billy McDade
                                    United States District Judge