**UNITED STATES DISTRICT COURT**
DISTRICT OF

E-FILED
Friday, 09 February, 2007 11:24:14 AM
Clerk, U.S. District Court, ILCD

SIMON A. LUNDY
_____,
Plaintiff

v.

UNITED STATES OF AMERICA
_____,
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 07-1008

FILED
FEB - 9 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, SIMON A. LUNDY, declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant   [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion or appeal.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   [X] Yes   [ ] No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration FCI, Sandstone

   Are you employed at the institution? yes   If "yes", what income do you receive from the institution? 21.00

   What is your social security number? [REDACTED]

   YOU MUST HAVE THE INSTITUTION FILL OUT THE CERTIFICATE PORTION OF THIS AFFIDAVIT SHOWING THE PAST **SIX** MONTHS' TRANSACTIONS FOR YOUR PRISON ACCOUNT. A ledger sheet showing such transactions also should be attached.

   Are you currently employed?   [ ] Yes   [X] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

2. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   [ ] Yes   [X] No
   b. Rent payments, interest or dividends            [ ] Yes   [X] No
   c. Pensions, annuities or life insurance payments  [ ] Yes   [X] No
   d. Disability or workers compensation payments     [ ] Yes   [X] No
   e. Gifts or inheritances                           [ ] Yes   [X] No
   f. Any other sources                               [ ] Yes   [X] No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive on number 7 of this form.

4. Do you have any cash or checking or savings accounts? ☐ Yes ☒ No

   If "Yes" state the total amount _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

7. Additional information:

I declare under penalty of perjury that the above information is true and correct.

2/6/07
DATE

_Li X. Lundy_
SIGNATURE OF APPLICANT

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __0.00__ on account to his/her credit at (name of institution) __FCI Sandstone, MN__. I further certify that the applicant has the following securities to his/her credit: __N/A__

I further certify that in the 6-month period immediately preceding the filing of the complaint/petition/motion or notice of appeal, the average monthly deposits to the prisoner's account was $ __203.45__, and the average monthly balance in the prisoner's account was $ __26.86__.

2/6/07
DATE

_[signature]_ Correctional Counselor
SIGNATURE OF AUTHORIZED OFFICER

# Inmate Statement

| | | | | PRINT |
|---|---|---|---|---|
| Inmate Reg #: | 16585424 | Current Institution: | Sandstone FCI | |
| Inmate Name: | LUNDY, SIMON | Housing Unit: | SST-C | |
| Report Date: | 02-06-2007 | Living Quarters: | C08-062U | |
| Report Time: | 1:54:46 PM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| SST | 2/5/2007 10:04:02 AM | GICP0207 | | | Inmate Co-pay | ($2.00) | | $0.00 |
| SST | 2/2/2007 5:35:19 PM | TFN0202 | | | Phone Withdrawal | ($2.00) | | $2.00 |
| SST | 2/1/2007 5:12:31 PM | TFN0201 | | | Phone Withdrawal | ($4.00) | | $4.00 |
| SST | 2/1/2007 11:37:16 AM | TFN0201 | | | Phone Withdrawal | ($2.00) | | $8.00 |
| SST | 2/1/2007 12:10:42 AM | GSSTD002 - 439 | | | Debt Encumbrance - Released | | $10.00 | -------- |
| SST | 2/1/2007 12:10:42 AM | GSSTD002 - 441 | | | Debt Encumbrance - Released | | $8.00 | -------- |
| SST | 2/1/2007 12:10:42 AM | GSSTD002 - 438 | | | Debt Encumbrance - Released | | $5.00 | -------- |
| SST | 2/1/2007 12:10:42 AM | GSSTD002 - 340 | | | Debt Encumbrance - Released | | $4.20 | -------- |
| SST | 2/1/2007 12:10:42 AM | GSSTD002 | | 556 | PLRA Payment | ($17.32) | | $10.00 |
| SST | 1/30/2007 5:39:16 PM | 42 | | | Sales | ($76.20) | | $27.32 |
| SST | 1/30/2007 6:01:19 AM | TFN0130 | | | Phone Withdrawal | ($2.00) | | $103.52 |
| SST | 1/28/2007 9:02:53 PM | TFN0128 | | | Phone Withdrawal | ($3.00) | | $105.52 |
| SST | 1/28/2007 11:33:27 AM | TFN0128 | | | Phone Withdrawal | ($2.00) | | $108.52 |
| SST | 1/27/2007 11:35:46 AM | TFN0127 | | | Phone Withdrawal | ($5.00) | | $110.52 |
| SST | 1/27/2007 5:14:28 AM | 70175501 | | | Lockbox - CD | $40.00 | | $115.52 |
| SST | 1/27/2007 5:14:28 AM | GSSTD002 - 441 | | | Debt Encumbrance | | ($8.00) | -------- |
| SST | 1/26/2007 5:14:29 PM | TFN0126 | | | Phone Withdrawal | ($2.00) | | $75.52 |
| SST | 1/26/2007 11:37:05 AM | TFN0126 | | | Phone Withdrawal | ($2.00) | | $77.52 |
| SST | 1/26/2007 5:10:58 AM | 70175401 | | | Lockbox - CD | $50.00 | | $79.52 |
| SST | 1/26/2007 5:10:58 AM | GSSTD002 - 439 | | | Debt Encumbrance | | ($10.00) | -------- |
| SST | 1/26/2007 5:10:54 AM | 70175401 | | | Lockbox - CD | $25.00 | | $29.52 |
| SST | 1/26/2007 5:10:54 AM | GSSTD002 - 438 | | | Debt Encumbrance | | ($5.00) | -------- |
| SST | 1/15/2007 7:33:57 AM | TFN0115 | | | Phone Withdrawal | ($2.00) | | $4.52 |
| SST | 1/11/2007 5:35:21 PM | TFN0111 | | | Phone Withdrawal | ($2.00) | | $6.52 |
| SST | 1/10/2007 9:02:42 PM | TFN0110 | | | Phone Withdrawal | ($2.00) | | $8.52 |
| SST | 1/10/2007 5:12:44 PM | TFN0110 | | | Phone Withdrawal | ($2.00) | | $10.52 |
| SST | 1/7/2007 5:35:28 PM | TFN0107 | | | Phone Withdrawal | ($2.00) | | $12.52 |
| SST | 1/7/2007 11:44:45 AM | TFN0107 | | | Phone Withdrawal | ($2.00) | | $14.52 |
| SST | 1/6/2007 4:40:36 PM | TFN0106 | | | Phone Withdrawal | ($3.00) | | $16.52 |
| SST | 1/6/2007 11:29:56 AM | TFN0106 | | | Phone Withdrawal | ($2.00) | | $19.52 |
| SST | 1/5/2007 2:49:33 PM | GIPP1206 | | | Payroll - IPP | $21.00 | | $21.52 |
| SST | 1/5/2007 2:49:33 PM | GSSTD002 - 340 | | | Debt Encumbrance | | ($4.20) | -------- |
| SST | 1/4/2007 11:38:42 AM | TFN0104 | | | Phone Withdrawal | ($3.00) | | $0.52 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SST | 1/3/2007 4:47:48 PM | 5 | Sales | ($52.05) | | $3.52 |
| SST | 1/1/2007 4:46:05 PM | TFN0101 | Phone Withdrawal | ($5.00) | | $55.57 |
| SST | 1/1/2007 11:55:14 AM | TFN0101 | Phone Withdrawal | ($2.00) | | $60.57 |
| SST | 1/1/2007 12:10:34 AM | GSSTD002 - 299 | Debt Encumbrance - Released | | $20.00 | -------- |
| SST | 1/1/2007 12:10:34 AM | GSSTD002 - 318 | Debt Encumbrance - Released | | $10.00 | -------- |
| SST | 1/1/2007 12:10:34 AM | GSSTD002 - 317 | Debt Encumbrance - Released | | $8.00 | -------- |
| SST | 1/1/2007 12:10:34 AM | GSSTD002 - 282 | Debt Encumbrance - Released | | $8.00 | -------- |
| SST | 1/1/2007 12:10:34 AM | GSSTD002 - 261 | Debt Encumbrance - Released | | $4.72 | -------- |
| SST | 1/1/2007 12:10:34 AM | GSSTD002 - 262 | Debt Encumbrance - Released | | $4.00 | -------- |
| SST | 1/1/2007 12:10:34 AM | GSSTD002 - 236 | Debt Encumbrance - Released | | $4.00 | -------- |
| SST | 1/1/2007 12:10:34 AM | GSSTD002   411 | PLRA Payment | ($58.72) | | $62.57 |
| SST | 12/30/2006 5:09:22 PM | TFN1230 | Phone Withdrawal | ($3.00) | | $121.29 |
| SST | 12/30/2006 11:37:08 AM | TFN1230 | Phone Withdrawal | ($3.00) | | $124.29 |
| SST | 12/29/2006 12:00:31 PM | TFN1229 | Phone Withdrawal | ($2.00) | | $127.29 |
| SST | 12/29/2006 11:40:21 AM | TFN1229 | Phone Withdrawal | ($2.00) | | $129.29 |
| SST | 12/29/2006 5:19:43 AM | 70173601 | Lockbox - CD | $50.00 | | $131.29 |
| SST | 12/29/2006 5:19:43 AM | GSSTD002 - 318 | Debt Encumbrance | | ($10.00) | -------- |

1 2 **3** 4

**Total Transactions: 168**

**Totals:**    $0.00    $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| SST | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Totals:** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## Inmate Statement

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Inmate Reg #:** | 16585424 | | | **Current Institution:** | Sandstone FCI | | |
| **Inmate Name:** | LUNDY, SIMON | | | **Housing Unit:** | SST-C | | |
| **Report Date:** | 02-06-2007 | | | **Living Quarters:** | C08-062U | | |
| **Report Time:** | 1:55:12 PM | | | | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| SST | 12/29/2006 5:19:40 AM | 70173601 | | | Lockbox - CD | $40.00 | | $81.29 |
| SST | 12/29/2006 5:19:40 AM | GSSTD002 - 317 | | | Debt Encumbrance | | ($8.00) | -------- |
| SST | 12/28/2006 4:54:57 PM | 88 | | | Sales | ($2.40) | | $41.29 |
| SST | 12/27/2006 5:17:06 PM | TFN1227 | | | Phone Withdrawal | ($2.00) | | $43.69 |
| SST | 12/26/2006 5:00:26 PM | 8 | | | Sales | ($59.00) | | $45.69 |
| SST | 12/25/2006 8:01:03 PM | TFN1225 | | | Phone Withdrawal | ($2.00) | | $104.69 |
| SST | 12/25/2006 4:55:02 PM | TFN1225 | | | Phone Withdrawal | ($5.00) | | $106.69 |
| SST | 12/23/2006 9:26:09 PM | TFN1223 | | | Phone Withdrawal | ($5.00) | | $111.69 |
| SST | 12/23/2006 5:25:15 PM | TFN1223 | | | Phone Withdrawal | ($5.00) | | $116.69 |
| SST | 12/23/2006 5:09:50 PM | 33306007 | | | Western Union | $100.00 | | $121.69 |
| SST | 12/23/2006 5:09:50 PM | GSSTD002 - 299 | | | Debt Encumbrance | | ($20.00) | -------- |
| SST | 12/20/2006 11:45:09 AM | TFN1220 | | | Phone Withdrawal | ($1.00) | | $21.69 |
| SST | 12/18/2006 5:51:53 PM | 62 | | | Sales | ($19.13) | | $22.69 |
| SST | 12/18/2006 11:22:08 AM | TFN1218 | | | Phone Withdrawal | ($1.00) | | $41.82 |
| SST | 12/17/2006 3:22:14 PM | TFN1217 | | | Phone Withdrawal | ($5.00) | | $42.82 |
| SST | 12/17/2006 11:09:51 AM | TFN1217 | | | Phone Withdrawal | ($5.00) | | $47.82 |
| SST | 12/17/2006 5:14:30 AM | 70172802 | | | Lockbox - CD | $40.00 | | $52.82 |
| SST | 12/17/2006 5:14:30 AM | GSSTD002 - 282 | | | Debt Encumbrance | | ($8.00) | -------- |
| SST | 12/11/2006 6:12:03 PM | 76 | | | Sales | ($20.00) | | $12.82 |
| SST | 12/10/2006 11:45:52 AM | TFN1210 | | | Phone Withdrawal | ($3.00) | | $32.82 |
| SST | 12/10/2006 5:17:59 AM | 70172302 | | | Lockbox - CD | $20.00 | | $35.82 |
| SST | 12/10/2006 5:17:59 AM | GSSTD002 - 262 | | | Debt Encumbrance | | ($4.00) | -------- |
| SST | 12/7/2006 11:11:58 AM | TFN1207 | | | Phone Withdrawal | ($3.00) | | $15.82 |
| SST | 12/7/2006 8:47:44 AM | IS3008 | | | FRP Quarterly Pymt | ($25.00) | | $18.82 |
| SST | 12/7/2006 8:40:11 AM | GIPP1106 | | | Payroll - IPP | $23.60 | | $43.82 |
| SST | 12/7/2006 8:40:11 AM | GSSTD002 - 261 | | | Debt Encumbrance | | ($4.72) | -------- |
| SST | 12/6/2006 5:03:52 AM | 70172001 | | | Lockbox - CD | $20.00 | | $20.22 |
| SST | 12/6/2006 5:03:52 AM | GSSTD002 - 236 | | | Debt Encumbrance | | ($4.00) | -------- |
| SST | 12/4/2006 6:02:18 PM | 58 | | | Sales | ($12.10) | | $0.22 |
| SST | 12/3/2006 11:48:47 AM | TFN1203 | | | Phone Withdrawal | ($2.00) | | $12.32 |
| SST | 12/2/2006 11:25:47 AM | TFN1202 | | | Phone Withdrawal | ($2.00) | | $14.32 |
| SST | 12/1/2006 12:10:41 AM | GSSTD002 - 170 | | | Debt Encumbrance - Released | | $10.00 | -------- |
| SST | 12/1/2006 12:10:41 AM | GSSTD002 - 210 | | | Debt Encumbrance - Released | | $10.00 | -------- |

| | | | | | | |
|---|---|---|---|---|---|---|
| SST | 12/1/2006 12:10:41 AM | GSSTD002 - 216 | Debt Encumbrance - Released | | $6.00 | -------- |
| SST | 12/1/2006 12:10:41 AM | GSSTD002 - 153 | Debt Encumbrance - Released | | $4.22 | -------- |
| SST | 12/1/2006 12:10:41 AM | GSSTD002    234 | PLRA Payment | ($30.22) | | $16.32 |
| SST | 11/30/2006 9:02:41 PM | TFN1130 | Phone Withdrawal | ($3.00) | | $46.54 |
| SST | 11/28/2006 5:16:29 PM | TFN1128 | Phone Withdrawal | ($5.00) | | $49.54 |
| SST | 11/28/2006 5:31:19 AM | 70171401 | Lockbox - CD | $30.00 | | $54.54 |
| SST | 11/28/2006 5:31:19 AM | GSSTD002 - 216 | Debt Encumbrance | | ($6.00) | -------- |
| SST | 11/27/2006 5:56:37 PM | 29 | Sales | ($25.45) | | $24.54 |
| SST | 11/24/2006 8:03:16 PM | TFN1124 | Phone Withdrawal | ($5.00) | | $49.99 |
| SST | 11/23/2006 12:25:24 PM | TFN1123 | Phone Withdrawal | ($4.00) | | $54.99 |
| SST | 11/23/2006 11:11:46 AM | TFN1123 | Phone Withdrawal | ($6.00) | | $58.99 |
| SST | 11/23/2006 5:12:56 AM | 70171201 | Lockbox - CD | $50.00 | | $64.99 |
| SST | 11/23/2006 5:12:56 AM | GSSTD002 - 210 | Debt Encumbrance | | ($10.00) | -------- |
| SST | 11/13/2006 6:42:52 PM | 89 | Sales | ($0.65) | | $14.99 |
| SST | 11/13/2006 6:41:32 PM | 88 | Sales | ($34.50) | | $15.64 |
| SST | 11/12/2006 11:36:42 AM | TFN1112 | Phone Withdrawal | ($5.00) | | $50.14 |
| SST | 11/11/2006 3:08:05 PM | 33303007 | Western Union | $50.00 | | $55.14 |

1 2 3 4

**Total Transactions: 168**

Totals:    $0.00    $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| SST | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Totals:** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

# Inmate Statement

| | | |
|---|---|---|
| **Inmate Reg #:** 16585424 | **Current Institution:** | Sandstone FCI |
| **Inmate Name:** LUNDY, SIMON | **Housing Unit:** | SST-C |
| **Report Date:** 02/06/2007 | **Living Quarters:** | C08-062U |
| **Report Time:** 1:55:35 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| SST | 11/11/2006 3:08:05 PM | GSSTD002 - 170 | | | Debt Encumbrance | | ($10.00) | -------- |
| SST | 11/11/2006 11:43:01 AM | TFN1111 | | | Phone Withdrawal | ($4.00) | | $5.14 |
| SST | 11/9/2006 5:42:03 PM | TFN1109 | | | Phone Withdrawal | ($3.00) | | $9.14 |
| SST | 11/8/2006 9:08:37 PM | TFN1108 | | | Phone Withdrawal | ($5.00) | | $12.14 |
| SST | 11/7/2006 5:17:29 PM | TFN1107 | | | Phone Withdrawal | ($4.00) | | $17.14 |
| SST | 11/7/2006 2:14:59 PM | GIPP1006 | | | Payroll - IPP | $21.14 | | $21.14 |
| SST | 11/7/2006 2:14:59 PM | GSSTD002 - 153 | | | Debt Encumbrance | | ($4.22) | -------- |
| SST | 11/2/2006 11:58:29 AM | TFN1102 | | | Phone Withdrawal | ($10.00) | | $0.00 |
| SST | 11/1/2006 12:10:32 AM | GSSTD002 - 85 | | | Debt Encumbrance - Released | | $10.00 | -------- |
| SST | 11/1/2006 12:10:32 AM | GSSTD002 - 91 | | | Debt Encumbrance - Released | | $10.00 | -------- |
| SST | 11/1/2006 12:10:32 AM | GSSTD002 - 84 | | | Debt Encumbrance - Released | | $8.00 | -------- |
| SST | 11/1/2006 12:10:32 AM | GSSTD002 | 124 | | PLRA Payment | ($18.78) | | $10.00 |
| SST | 10/30/2006 5:31:42 PM | 43 | | | Sales | ($10.11) | | $28.78 |
| SST | 10/26/2006 5:51:00 PM | 136 | | | Sales | ($42.50) | | $38.89 |
| SST | 10/24/2006 5:22:40 PM | TFN1024 | | | Phone Withdrawal | ($5.00) | | $81.39 |
| SST | 10/23/2006 5:50:30 PM | 50 | | | Sales | ($74.37) | | $86.39 |
| SST | 10/21/2006 9:22:15 PM | TFN1021 | | | Phone Withdrawal | ($7.00) | | $160.76 |
| SST | 10/21/2006 5:07:23 AM | 70168801 | | | Lockbox - CD | $50.00 | | $167.76 |
| SST | 10/21/2006 5:07:23 AM | GSSTD002 - 91 | | | Debt Encumbrance | | ($10.00) | -------- |
| SST | 10/19/2006 5:17:13 AM | 70168601 | | | Lockbox - CD | $50.00 | | $117.76 |
| SST | 10/19/2006 5:17:13 AM | GSSTD002 - 85 | | | Debt Encumbrance | | ($10.00) | -------- |
| SST | 10/19/2006 5:17:08 AM | 70168601 | | | Lockbox - CD | $40.00 | | $67.76 |
| SST | 10/19/2006 5:17:08 AM | GSSTD002 - 84 | | | Debt Encumbrance | | ($8.00) | -------- |
| SST | 10/18/2006 11:41:27 AM | TFN1018 | | | Phone Withdrawal | ($15.00) | | $27.76 |
| SST | 10/17/2006 8:31:51 AM | | 92 | | PLRA Payment | ($24.00) | | $42.76 |
| SST | 10/17/2006 5:22:48 AM | 70168401 | | | Lockbox - CD | $25.00 | | $66.76 |
| SST | 10/16/2006 5:38:56 PM | 41 | | | Sales | ($94.15) | | $41.76 |
| SST | 10/16/2006 5:17:55 AM | 70168303 | | | Lockbox - CD | $50.00 | | $135.91 |
| SST | 10/16/2006 5:17:52 AM | 70168303 | | | Lockbox - CD | $50.00 | | $85.91 |
| SST | 10/14/2006 11:09:52 AM | TFN1014 | | | Phone Withdrawal | ($15.00) | | $35.91 |
| SST | 10/14/2006 5:10:58 AM | 70168301 | | | Lockbox - CD | $50.00 | | $50.91 |
| SST | 10/11/2006 5:10:08 PM | TFN1011 | | | Phone Withdrawal | ($1.00) | | $0.91 |
| SST | 10/10/2006 6:48:27 PM | 94 | | | Sales | ($2.15) | | $1.91 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SST | 10/10/2006 6:47:06 PM | 93 | Sales | ($52.00) | | $4.06 |
| SST | 10/10/2006 11:07:24 AM | TFN1010 | Phone Withdrawal | ($4.00) | | $56.06 |
| SST | 10/7/2006 5:15:09 PM | TFN1007 | Phone Withdrawal | ($10.00) | | $60.06 |
| SST | 10/6/2006 11:20:46 AM | GIPP0906 | Payroll - IPP | $15.00 | | $70.06 |
| SST | 10/6/2006 11:09:44 AM | TFN1006 | Phone Withdrawal | ($5.00) | | $55.06 |
| SST | 10/4/2006 11:50:08 AM | TFN1004 | Phone Withdrawal | ($10.00) | | $60.06 |
| SST | 10/4/2006 5:19:09 AM | 70167601 | Lockbox - CD | $20.00 | | $70.06 |
| SST | 10/3/2006 6:33:24 PM | 33300207 | Western Union | $50.00 | | $50.06 |
| SST | 10/2/2006 8:19:56 PM | TFN1002 | Phone Withdrawal | ($1.00) | | $0.06 |
| SST | 10/2/2006 7:22:10 PM | 109 | Sales | ($29.75) | | $1.06 |
| SST | 10/2/2006 11:30:22 AM | TFN1002 | Phone Withdrawal | ($5.00) | | $30.81 |
| SST | 9/27/2006 11:23:16 AM | TFN0927 | Phone Withdrawal | ($5.00) | | $35.81 |
| SST | 9/27/2006 5:12:53 AM | 70167101 | Lockbox - CD | $40.00 | | $40.81 |
| SST | 9/20/2006 6:21:39 PM | 77 | Sales | ($29.80) | | $0.81 |
| SST | 9/18/2006 5:42:53 PM | TFN0918 | Phone Withdrawal | ($3.00) | | $30.61 |
| SST | 9/17/2006 12:10:09 AM | FICD0906 - 1646 | Debt Encumbrance - Released | | $1.39 | -------- |
| SST | 9/17/2006 12:10:09 AM | FICD0906 - 1634 | Debt Encumbrance - Released | | $0.61 | -------- |

1 2 3 4

Total Transactions: 168

Totals: $0.00  $0.00

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| SST | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Totals: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# Inmate Statement

| | | |
|---|---|---|
| Inmate Reg #: 16585424 | Current Institution: | Sandstone FCI |
| Inmate Name: LUNDY, SIMON | Housing Unit: | SS1-C |
| Report Date: 02/06/2007 | Living Quarters: | C08-062U |
| Report Time: 1:56:12 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| SST | 9/17/2006 12:10:09 AM | FICD0906 | | | Inmate Co-pay | ($2.00) | | $33.61 |
| SST | 9/16/2006 9:17:32 PM | TFN0916 | | | Phone Withdrawal | ($5.00) | | $35.61 |
| SST | 9/16/2006 11:39:48 AM | TFN0916 | | | Phone Withdrawal | ($10.00) | | $40.61 |
| SST | 9/16/2006 5:26:06 AM | 70166401 | | | Lockbox - CD | $50.00 | | $50.61 |
| SST | 9/16/2006 5:26:06 AM | FICD0906 - 1646 | | | Debt Encumbrance | | ($1.39) | -------- |
| SST | 9/11/2006 10:27:10 AM | FICD0906 - 1634 | | | Debt Encumbrance | | ($0.61) | -------- |
| SST | 8/26/2006 5:17:35 PM | TFN0826 | | | Phone Withdrawal | ($3.00) | | $0.61 |
| SST | 8/25/2006 8:00:15 PM | TFN0825 | | | Phone Withdrawal | ($5.00) | | $3.61 |
| SST | 8/24/2006 5:51:58 PM | 116 | | | Sales | ($74.05) | | $8.61 |
| SST | 8/23/2006 5:35:47 PM | 34 | | | Sales | ($17.50) | | $82.66 |
| SST | 8/22/2006 5:05:57 AM | 70164601 | | | Lockbox - CD | $100.00 | | $100.16 |
| SST | 8/21/2006 5:33:56 PM | 40 | | | Sales | ($30.05) | | $0.16 |
| SST | 8/19/2006 1:02:13 PM | TFN0819 | | | Phone Withdrawal | ($20.00) | | $30.21 |
| SST | 8/17/2006 6:08:50 PM | 33323006 | | | Western Union | $50.00 | | $50.21 |
| SST | 8/9/2006 3:21:26 AM | TX080906 | | | Transfer - In from TRUFACS | $0.21 | | $0.21 |
| SST | 8/3/2006 3:22:13 AM | TX080306 | | | Transfer - Out to TRUFACS | ($0.21) | | $0.00 |
| SST | 7/19/2006 10:22:33 AM | FWHC0193 | | | WUNK Transfer In | $0.21 | | $0.21 |
| SST | 7/19/2006 3:25:26 AM | TX071906 | | | Transfer - In from TRUFACS | $0.00 | | $0.00 |

1 2 3 4

**Total Transactions: 168**

Totals:     $0.00     $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| SST | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Totals:** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

E-FILED
Wednesday, 31 January, 2007 03:48:32 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| SIMON A. LUNDY, | ) |
| Petitioner, | ) No. 07-1008 |
| v. | ) |
| United States of America | ) |
| Defendant. | ) |

## O R D E R

Before the Court Simon Lundy's Petition for a Writ of Mandamus. (Doc. 1) The Court notes that this Petition does not challenge Lundy's conviction and thus does not fall under 28 U.S.C. § 2255. Accordingly, this Petition requires the usual $350 filing fee necessary for a claim brought in this Court. Petitioner has 30 days to pay the requisite filing fee or the Court will dismiss his claim for want of prosecution.

ENTERED this  31st  day of January, 2007.

s/Joe Billy McDade
Joe Billy McDade
United States District Judge