E-FILED
Wednesday, 29 August, 2007 01:58:46 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT
OF THE CENTRAL DISTRICT OF ILLINOIS

FILED
AUG 29 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Prepared By: SIMON A. LUNDY
Reg No. 16585-424-Unit K1

AUGUST 25, 2007

To: District Court Clerk
    John Waters

Dear Clerk,

Please send me the status information concerning case number 07cv1008, titled the 'MANDAMUS'   Filed to presiding judge Joe Billy McDade, on 1/11/2007.

Thank you very much!

Sincerely yours,

*[signature]*