# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**SIMON LUNDY**

vs.

Case Number: **07-1008**

**UNITED STATES**

**DECISION BY THE COURT**. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Motion for Writ of Mandamus is Denied. Case is dismissed because Petitioner lacks standing.

ENTER this 21st day of December, 2008.

JOHN M. WATERS, CLERK

s/C. Lambie
BY: DEPUTY CLERK

07-1008 - prop jgm.wpd