UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

SIMON LUNDY

vs.                                                    Case Number: 07-1008

UNITED STATES

## JUDGMENT IN CIVIL CASE

ENTERED on December 21, 2007, Honorable Joe Billy McDade, ORDERED before the Court, [Doc. 1] Writ of Mandamus DENIED; and [Doc. 4] Motion to Proceed in Forma Pauperis GRANTED.

ENTERED on December 21, 2007, was the following transaction: Document Number: 6  Docket Text Order granting [Doc. 4], and dismissing [Doc. 1]. However, this text order has incorrectly interpreted [Doc. 1] as a Motion to Vacate, Set Aside or Correct Sentence pursuant to (2255).  Also this text order has already proceeded the process of withdrawing 20% of the filing fee from the Petitioners prison account.

The Petitioner never before December 21, 2007, petition a 28 U.S.C. § 2255, and is respectfully requesting the Clerk of the Court to correct the error, and accept the Petitioner's now 28 U.S.C. § 2255.

_/s/ Simon A. Lundy_
SIMON LUNDY

Dated: May 13, 2008

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**SIMON LUNDY**

vs.                                      Case Number: **07-1008**

**UNITED STATES**

**DECISION BY THE COURT.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Motion for Writ of Mandamus is Denied. Case is dismissed because Petitioner lacks standing.

ENTER this 21st day of December, 2008.

JOHN M. WATERS, CLERK

s/C. Lambie
BY: DEPUTY CLERK

07-1008 - prop jgm.wpd

E-FILED
Friday, 21 December, 2007 03:25:38 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| SIMON LUNDY | ) | |
| | ) | |
| Petitioner, | ) | No. 07-1008 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

O R D E R

Before the Court is a Motion for a Writ of Mandamus [Doc. 1] and a Motion for Leave to Proceed in forma pauperis [Doc. 4]. For the following reasons, the Motion for Leave to Proceed in forma pauperis is GRANTED. However, the Motion for a Writ of Mandamus is DENIED and this matter is DISMISSED for failure to state a claim on which relief may be granted.

I. Motion to Proceed In Forma Pauperis

Petitioner is seeking a Writ of Mandamus which would force the United States Attorney's Office to present evidence of certain crimes to a grand jury, presumably for an indictment or criminal prosecution. Petitioner is currently incarcerated at the Sandstone Federal Correctional Institution. After filing his initial Motion, Petitioner was ordered to pay the $350 filing fee within thirty days or this Court would dismiss his claim. Petitioner has responded with a request to proceed in

CERTIFICATE OF SERVICE

I certify that on **May 13, 2008**, I served a copy of the **Judgment Civil Order,** and a letter to correct the judgment "text order," upon the Clerk of the Court herein, by mailing them to the following:

CLERK OF THE COURT
Central District Courthouse
201 S. Vine St
Urbana, Illinois 61802

*Simon Lundy*
SIMON LUNDY
Reg. No. 16585424, Unit K-1
Federal Correctional Institution
P.O. Box 1000
Sandstone, Minnesota 55072